# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEE JAMES, | 1:09-cv-00426-AWI-DLB (HC) |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT STATE COURT RECORDS |
| v. | [Doc. 12] |
| KATHY MENDOZ-POWERS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 9, 2009, Respondent filed a motion to dismiss the instant petition as untimely (Court Doc. 12.) However, Respondent did not submit the relevant state court records which are referenced in the motion. Accordingly, it is HEREBY ORDERED that within fifteen (15) days from the date of service of this order, Respondent shall submit the state court documents.

IT IS SO ORDERED.

Dated:   **June 18, 2009**            /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

1